IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

Rafael Angel Rodriguez
Plaintiff
4629 Wetzel Ave
Cleveland, OH 44109
(216) 395-9248
rafaelrodriguez75@yahoo.com

v.
Defendant
City of Parma Municipal Court,
TIMOTHY DOBECK (Judge),
EDWARD FINK (Magistrate),
SEAN KENNEALLY (Judge),
KENNETH SPANAGEL (Judge, Retired),
JOSEPH PAGANO (Public Defender),
DEAN DEPIERO (Prosecutor),
CLERKS JANE DOE 1–3 (Parma Municipal Court),
OFFICER JONATHAN GARCIA,
LINDALE POLICE DEPARTMENT,
PARMA MUNICIPAL COURT,
CITY OF PARMA, OHIO,
CAPITAL RECOVERY SYSTEMS, INC. (Third-Party Collector),
INTERLOCK CORPORATION,
JOHN DOE 1–10 (Unknown Co-Conspirators),
5555 Powers Blvd
Parma, OH 44129

FILED
JUN 3 0 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

1:25 CV 01367

JUDGE CALABRESE

MAG. JUDGE SHEPERD

---

COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, FRAUD, AND RICO DAMAGES

(42 U.S.C. § 1983, 1985; 18 U.S.C. §§ 241, 242, 1341, 1962; 15 U.S.C. § 1692e; Ohio Const.; Procedural Rule Violations)

---

I. INTRODUCTION

Plaintiff Rafael Angel Rodriguez files this complaint against all named defendants for a systemic, coordinated, and deliberate violation of his civil, constitutional, and human rights by the City of Parma, its court officials, law enforcement, and third-party agents. This includes falsified government documents, postal fraud,

double/triple billing, kidnapping, rights violations under color of law, and violations of their own Parma Local Rules.

---

## II. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343, and 1367; 42 U.S.C. §§ 1983, 1985; and 18 U.S.C. §§ 241, 242, 1341, and 1962.

2. Venue is proper in the Northern District of Ohio under 28 U.S.C. § 1391(b)(2).

---

## III. PARTIES

Plaintiff: Rafael Angel Rodriguez, natural man, U.S. citizen, indigent and without stable housing due to harm caused.

Defendants:

Judge Timothy Dobeck

Magistrate Edward Fink

Judge Sean Kenneally

Judge Kenneth R. Spanagel (retired)

Public Defender Joseph Pagano

Prosecutor Dean DePiero

Clerk Marty Vittardi and three (3) unnamed window clerks

Officer Jonathan Garcia, Lindale PD (badge #56)

Parma and Lindale Police Departments

Capital Recovery Systems (Debt Collections)

Smart Start or unnamed interlock company

All in official and individual capacities

---

## IV. FACTUAL ALLEGATIONS

1. No Probable Cause: Officer Garcia unlawfully stopped plaintiff with no probable cause, admitted targeting random vehicles.

2. Invalid Citation: Officer wrote a false location on citation and later verbally admitted the true location—proof of false documentation.

3. Fake Warrant: On 12/2024, plaintiff turned himself in. On 2/2025, sheriff did a worldwide check: no active warrant. Parma set plaintiff up with an invalid warrant, then arrested him immediately upon entry.

4. Bodycam Tampering: Parma PD bodycam footage skips key moments—proof of evidence tampering.

5. Officer Lied: Claimed he didn't take plaintiff's photo—document proves otherwise.

6. Court Procedure Violations:

Judge Dobeck ignored oral, written, and on-record motions presented under oath.

Magistrate Fink yelled, disrespected, threatened jail time, and entered a plea without consent.

Fink also said: "Your law ain't my law."

Judge Sean Kenneally extended probation on a hearing marked 'canceled' on docket.

7. Attorney Misconduct:

Public defender Pagano missed 3 court dates.

A mystery attorney showed up via phone with no consent or introduction.

Pagano fed plaintiff's strategy to the prosecution.

8. Double Dipping:

Plaintiff signed indigency forms. Parma still charged fines and then sent accounts to collections.

Two separate balances sent: $721 and $1,065 — no explanation, no reconciliation.

Court said plaintiff owed $997.80 and $97.50 for two cases — total does not match either bill.

9. Mail Fraud:

Parma sent third-party letters with falsified debt, and violated the FDCPA and 18 U.S.C. § 1341.

10. Vehicle Theft & Retaliation:

Car was towed without cause, paid to recover it, then forced to junk it due to damage.

Loss of vehicle and license led to 3 lost jobs, homelessness, and food insecurity.

11. Document Tampering & Clerk Misconduct:

Clerks refused to file or stamp multiple motions in violation of Parma Court Rules.

Dockets show continued/canceled hearings when Plaintiff was physically present.

12. Deprivation of Rights:

Plaintiff never saw accuser, violating Sixth Amendment.

Was mocked, disrespected, silenced in open court.

Parma used invalid interlock program to steal personal data without consent.

---

## V. VIOLATIONS OF LAW

Federal Law Violations:

42 U.S.C. § 1983 – Civil Rights Violations

42 U.S.C. § 1985 – Conspiracy

18 U.S.C. § 241 – Conspiracy Against Rights

18 U.S.C. § 242 – Deprivation of Rights

18 U.S.C. § 1341 – Mail Fraud

18 U.S.C. § 1519 – Evidence Tampering

18 U.S.C. § 1201 – Kidnapping

18 U.S.C. § 1962 – RICO

15 U.S.C. § 1692e – FDCPA Fraud

Ohio State and Court Rule Violations:

Ohio Constitution, Article I §§ 1, 10, 16

Parma Municipal Court Rules §§ 3, 7, 14, 16, 20

ORC § 2909.07 – Tampering with Records

ORC § 2921.45 – Interference with Civil Rights

ORC § 2921.13 – Falsification

Common Law & Constitutional:

Due Process Violations (14th Amendment)

Unlawful Search & Seizure (4th Amendment)

Denial of Counsel (6th Amendment)

Equal Protection (14th Amendment)

Intentional Infliction of Emotional Distress

Fraud, Abuse of Process, Malicious Prosecution

Deprivation of Rights under Color of Law

Violation of Universal God's Law, Equity Law, and Natural Rights

---

## VI. RELIEF REQUESTED

Plaintiff demands:

1. Immediate injunctive relief: Halt all collection, court cost enforcement, license penalties, and warrants from Parma Municipal Court.

2. Expungement of all records, convictions, and warrants from Parma.

3. $3,000,000 in actual and compensatory damages.

4. $10,000 per minute penalty for every minute Plaintiff was unlawfully detained under UCC 1-308 reservation of rights.

5. $5,000,000 in punitive damages for malicious acts and government fraud.

6. Referral to U.S. DOJ Civil Rights Division for full investigation.

7. Mandatory disbarment review of all named attorneys and judges.

8. Permanent injunction barring all parties from further action on this case.

9. All costs, fees, and any other relief this court deems just and proper.

---

## VII. VERIFICATION

I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge.

Executed this 30 day of June, 2025.

*[signature]*

AFFIDAVIT OF TRUTH
28 U.S.C. § 1746 – UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Rafael Angel Rodriguez, a living man, declare under penalty of perjury under the laws of the United States of America that the following is true, correct, and complete to the best of my knowledge, belief, and firsthand experience:

1. I am the Plaintiff in this matter.
2. I am indigent, unemployed, and currently homeless, surviving only on government medical assistance.
3. I turned myself in to Parma Municipal Court in December 2023 and re-registered in February 2024. Both times confirmed no active warrant by the Sheriff's Office.
4. I was unlawfully arrested on a falsified warrant immediately after entering the courthouse on the date I was instructed to appear. Time stamps match GPS and arrest papers.
5. Police used emergency lights without probable cause. The officer submitted altered and incomplete forms to BMV. He lied under oath regarding taking my photo.
6. The court illegally split one incident into two different case numbers with conflicting outcomes and financial charges.
7. Judge Dobeck ignored active constitutional violations occurring in court and denied my motion even while the violations were happening in front of him.
8. Magistrate Edward Fink yelled at me, told me my law "wasn't his law," refused to accept lawful motions, and entered a plea for me without my consent.
9. Judge Sean Kenneally extended my probation and initiated a payment hearing on a date that was docketed as canceled.
10. All public defenders and prosecutors assigned to my case failed to appear multiple times, leaving me defenseless.
11. Parma Municipal clerks refused to stamp or file motions and tampered with the docket.
12. A third-party debt collector and a Smart Start-type vendor unlawfully obtained my personal information from the court, without consent.
13. The court claims I owe both $721 and $1,065.30, without explanation or clarity.
14. My vehicle was impounded and then junked while I complied with court appearances and payment plans.
15. I lost three jobs, housing, and critical income due to license suspension and vehicle seizure.
16. My rights under the U.S. Constitution, Ohio Constitution, Fair Debt Collection Practices Act, RICO statutes, and others have been repeatedly violated.

I reserve all rights under **UCC 1-308**, **28 U.S.C. § 1746**, and demand full remedy.

Executed this 30 day of June, 2025
/s/ Rafael Angel Rodriguez
**All Rights Reserved, UCC 1-308**