**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAFAEL ANGEL RODRIGUEZ, | ) | Case No. 1:25-cv-1367 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| CITY OF PARMA MUNICIPAL COURT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ENTRY

In accordance with the accompanying Opinion and Order, the Court **DISMISSES** Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). Further, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal from this decision could not be taken in good faith.

**SO ORDERED.**

Dated: September 25, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio